NATIONAL LABOR RELATIONS BOARD *v.*
MATTISON MACHINE WORKS.

No. 74.  Argued January 9, 1961.—Decided January 23, 1961.

*Norton J. Come* argued the cause for petitioner.  With
him on the brief were *Solicitor General Rankin, Stuart
Rothman, Dominick L. Manoli* and *Allan I. Mendelsohn.*

*J. Warren McCaffrey* argued the cause for respondent.
With him on the brief was *Charles B. Cannon.*

*Harold A. Katz* and *Irving M. Friedman* filed a brief
for the United Automobile, Aircraft & Agricultural Im-
plement Workers of America, as *amicus curiae,* urging
reversal.

PER CURIAM.

The judgment of the Court of Appeals is reversed and
the case remanded to that court for the entry of a decree
enforcing the Board's order.  The refusal of the Court
of Appeals to enforce that order because the Board's
notices of election contained a minor and unconfusing
mistake in the employer's corporate name, was plain
error.  It was well within the Board's province to find,
as it did, upon the record before it that this occurrence
had not affected the fairness of the representation elec-
tion, particularly in the absence of any contrary showing

by the employer, upon whom the burden of proof rested in this respect. That finding should have been accepted by the Court of Appeals. In the absence of proof by the employer that there has been prejudice to the fairness of the election such trivial irregularities of administrative procedure do not afford a basis for denying enforcement to an otherwise valid Board order.